UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-204 |
| | : | |
| MATTHEW BLEDSOE, | : | Honorable Chief Judge Beryl A. Howell |
| ERIC CHASE TORRENS, | : | |
| BLAKE AUSTIN REED, and | : | |
| JACK JESSE GRIFFITH, | : | |
| also known as "Juan Bibiano," | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' REPORT AND POSITION REGARDING PUBLIC
RELEASE OF VIDEO EVIDENCE RE: ERIC CHASE TORRENS PLEA**

Per the Court's August 15, 2021 Minute Order, the United States will make the following video evidence available to the Court electronically:

| Number | File Name | Source | Relevant Portion |
|---|---|---|---|
| 1 | xHkUeMHMFx3F_cvt.mp4 | ProPublica – What Parler Saw During the Attack https://projects.propublica.org/parler-capitol-videos/ Direct link to this video: https://d2hxwnssq7ss7g.cloudfront.net/xHkUeMHMFx3F_cvt.mp4 | 00:17-00:30 seconds of 00:30 second video |
| 2 | banned-video -- TheResistance.video long Samuel Montoya.mp4 | Open Source https://cantcensortruth.com/watch?id=5ff6857e00bac0328da8e888 | 08:44 – 11:03 of 44:04 minute video |

| 3 | Extended Footage Charts Rioters Breaking Into Capitol And Battling Police.mp4 | Open Source Storyful Rights Management Youtube Channel https://www.youtube.com/watch?v=_E-6bRNfx2c | 21:17-21:31 of 31:09 minute video |
|---|---|---|---|
| 4 | Senate Wing Door CCTV from 2:25-2:26 pm (Highly Sensitive Designation) | U.S. Capitol Police | 1:00 minute video |
| 5 | IMG_9314.MOV | Defendant Bledsoe's cell phone download | 00:15 second video |
| 6 | Crypt CCTV from 2:26 - 2:35 pm (Highly Sensitive Designation) | U.S. Capitol Police | 9:00 minute video |
| 7 | Crypt CCTV from 2:26 - 2:35 pm (Highly Sensitive Designation) | U.S. Capitol Police | 9:00 minute video |
| 8 | Crypt CCTV from 2:26 - 2:35 pm (Highly Sensitive Designation) | U.S. Capitol Police | 9:00 minute video |
| 9 | Senate Wing Door CCTV from 2:35-2:40 pm (Highly Sensitive Designation) | U.S. Capitol Police | 5:00 minute video |

The Government does not object to the public release of videos 1, 2, 3, and 5. The Government objects to the public release of videos 4, 6, 7, 8, and 9, disclosure of which falls under the "Highly Sensitive" designation per the protective order.

                                                Respectfully submitted,

                                                CHANNING D. PHILLIPS
                                                Acting United States Attorney
                                                DC Bar No. 415793

By:    /s/ *Mitra Jafary-Hariri*
           MITRA JAFARY-HARIRI
           Assistant United States Attorney
           Detailee
           MI Bar No. P74460
           211 W. Fort Street, Suite 2001
           Detroit, MI 48226
           mitra.jafary-hariri@usdoj.gov
           (313) 226-9632

           /s/ *Jamie Carter*
           Jamie Carter
           Assistant United States Attorney
           Bar No. 1027970
           555 Fourth Street, N.W.
           Washington, DC 20530
           Jamie.Carter@usdoj.gov
           (202) 252-6741