UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 1:21-CR-204-BAH |
| **ERIC TORRENS** | : | |

### RESPONSE TO PRESS COALITION'S APPLICATION FOR ACCESS TO VIDEO EXHIBITS

Mr. Eric Torrens, through counsel, respectfully responds to Press Coalition's [76] Application for Access to Video Exhibits. Mr. Torrens does not oppose the application.

/s/ EDWARD J. UNGVARSKY
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office: (571) 207-9710
Cell: (202) 409-2084
Fax: (571) 777-9933
ed@ungvarskylaw.com

Counsel for Eric Torrens