# EXHIBIT 1

## DEFENDANT ERIC TORRENS' LETTER TO THE COURT

Federal Judge
Federal court, Washington

Dear Judge Howell,

I am writing this letter to you to say that I am sorry for my actions on January 6th This is not this person I am or the person my parents raised me to be at all. I am from a small town outside of Tampa FL, called Wesley Chapel. I've had a pretty good life as an only child living on some property, fishing and dirt bike riding with my dad out back. We also had a pool in the back yard with a beautiful Lab dog named Coco. I've had a wonderful mom who has been in the school system. My whole life going to school, she worked at every school I went to so that she would be there too. I've had great support from them. They have taught me right from wrong.

Going there that day and doing the things that I did has let them down tremendously. I have failed them as their son after everything they have taught me through the years.

January 6th was supposed to be just going to the rally to support Donald J. Trump with my buddy (Juan) and that was it. He invited me to go. He said that he had been to one before and it was fun. So I thought why not go with someone who had a little experience.

It was fun at first like I had seen on T.V., and everyone was so pumped up. There were people even in the trees just trying to get a glimpse of the President. It was supposed to just be a good time gathering some photos of landmarks and being around others who believed in what I did.

At the end of everything, lots of people were telling others to walk down to the Capitol. As everyone started pouring into the streets, we didn't think too much that I was about to participate in what was soon to become a mob. At first at the rally and right when it ended, it was like a huge party in the streets for Fourth of July or something. It was fun at the time. That changed. I should have left.

When we approached the Capitol taking some pictures to take home to show family, things started to get of control. I started to see things that shouldn't have been done. People were throwing things at the police, attacking them. Things started to go south pretty quickly as this group of

people that was now a Mob was flowing up to the Capitol door. We were in with the mob. It didn't feel too right anymore. But I didn't stop. I did not turn around. I didn't leave. I made all those mistakes myself.

With everything going on and my adrenaline going, I started to get tunnel vison from the chaos going around. My thinking was not very straight at that moment. I did things that I normally wouldn't if I just took a second to think about what was going on. I needed to back up for a second to know that what I was doing with everyone else was all wrong. I didn't stop to think to realize that what we are doing – that includes me – what I was doing is not what I stand for.

I love this county and I shouldn't have done what I did. I'm very sorry for these stupid decisions and actions that I made. With this madness going on, I <u>saw</u> the police being overwhelmed. But I didn't <u>think</u> about the police being overwhelmed. I didn't <u>think</u> about what could have happened to any of them. If I had thought, I would have gotten out of there. Staying there, being part of it, that's not the person who I think I am. Or want to be. I really am ashamed of myself about it every day.

I think about my actions every day. I think about how I have let down the country that I love so deeply. I think about how I let down my family. I think about all the people who have seen me on the news and how that is who they think I am.

I will have to live with this for the rest of my life. I realize that it is worse for the officers and the other police who were attacked or felt like they might be attacked. They have to live with that. That is worse. I have to live with what I did and didn't do. I have to live with this remorse.

People talk with me about what I did that day. It isn't a "good job" message from them. And I don't tell anyone that what I did was right. They come up to me and tell me how I could have done better, how I embarrassed myself, how I risked losing my daughter, and how I was so stupid.  Sometimes, I don't know what more I can say, because I know they are right and that what I did is so so wrong.

I feel bad about the police now when I reflect back on that day. I think about how some of them were probably scared and thinking of their families and wondering if they were going to make it home or not. I think about how their

families were probably watching it on TV, scared for the officers, and wondering if the people they loved who were police officers were going to make it home. I wish that no one had to feel that way that day.

I've put myself here. I think every day about it. I see myself everywhere, with every one knowing about me like I'm some messed up famous person. I will never never do something like this again, that's for sure. I'm not sure if I'd even attend another rally of any sort because I want to avoid ever being caught up in something like this again.

I just want to apologize for these actions one more time. I want you to know that I am taking this very seriously. I want you to know that I am not doing too much these days except for activities with my daughter, and that I stay away from people who are about politics.

I'm truly very sorry that you and everyone else involved with the court had to even deal with these cases because no true American should ever had participated in these ctions and caused the need for court. We were wrong that day. I apologize to the congress members and the people inside the building as well. They must have felt threatened and been afraid of what what was happening and all the people in the mob. And I apologize to the prosecutors who have to deal with these crimes that we made on January 6th.

I hope I can continue my beautiful relationship with my daughter and continue being her father as I face my punishment. After everything is said and done, I hope you can believe that you will never see me again because of something like this. I have learned my lesson the hard way.

Sincerely,
Eric Chase Torrens

*Eric Torrens*      10/14/2021