# EXHIBIT 2

# ALL-STAR PERSONNEL EMPLOYMENT VERIFICATION

1

## ALL-STAR PERSONNEL

109 International Drive, Suite 230
Franklin, TN 37067
Phone: 615-296-0159 | Fax: 615-296-0164 | Federal ID#: 621636432

**Date: 08/20/2021**

**RE: Eric Torrens (xxx-xx-0147)**

**To Whom It May Concern,**

This letter is to verify that we employ Eric Torrens. He began working with us on 02/22/2021. He is now a Team Leader making $14.50/hour working 40 hours per week.

If you have any further questions, please contact me at the number or email below.

Thank you,

**Ashley McLemore**
**Recruiter/HR Administrator**
**All-Star Personnel**
**615-296-0159**
**amclemore@all-starpersonnel.com**

# EXHIBIT 3

# AUSTIN GREGORY – WORK SUPERVISOR