# EXHIBIT 3

# AUSTIN GREGORY – WORK SUPERVISOR

The Honorable Beryl A. Howell
Chief Judge
U.S. District Court Judge
United States District Court for the District
Of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Chief Judge Howell:

I am writing you in an attempt to convey the way I view the character of Mr. Eric Torrens. Eric is supposed to appear before you for sentencing concerning his involvement in the Jan. 6 debacle. Eric has worked for me in various capacities over the last two years. He started as a regular production worker but my team and I could quickly see that Eric has a lot more talent than most individuals. We have promoted Eric and he has became one of our most critical leaders. He regularly manages 5-10 people, which I'm sure, as you know, can be quite challenging. These types of challenges can draw out the worst in most people's character, because of the high stress level involved, but Eric has always dealt with people kindly and given everyone under him many chances to succeed.

My name is Austin Gregory, I am 30 years old. I am really just an old country boy from Hartsville Tennessee. I grew up rasing tobacco with my granddad and dad on our family farm. I am an alcoholic, in recovery, by the grace of God. I have almost 3 years sober. My uncle started a company, Mpack Solutions. I have worked here for 5 years and I am the Production Manager. I am responsible for over 70 employees on most days. This is where I met Mr. Torrens.

I believe because of my life experience, working with so many people and dealing with all the issues that I've seen since beginning my career, I am a fair judge of character. I personally believe Eric made a bad choice and that is how he feels about it.

I do not believe Mr. Torrens will ever grace another court room with his presence after his current debt to society is paid. I do wish to convey to you the importance of Eric at our company. I hope you do not choose to sentence him to jail, as I believe he has alreadry learned any lessons that a jail sentence could teach. He plays a vital role in our day to day activities and if he has to serve a jail sentence it will force us to train someone new in his position, which costs a lot of money.

In closing, I just want to tell you that Eric is a loving father that takes great care of his daughter. He works a schedule that is modified so that he can be with his daughter every chance that he has. I think that moving forward that will be the sole concern of Eric's life. I have never heard Eric make light of the situation or his involvement, all I have personally seen from him is remorse. So I humbly ask you to show lenincy on Eric's sentence.

I welcome any questions or concerns. My phone number is (615)450-4035. My email is ag11271990@gmail.com

Yours Truly,

*Austin Gregory*

Austin Gregory