# EXHIBIT 4

# ERIC TORRRENS – DEFENDANT'S FATHER

The Honorable Judge Beryl A. Howell
Chief Judge
U.S. District Court Judge
United States District Court for the District of Colombia
333 Constitution Ave, N.W
Washington DC 20001


Dear Chief Judge Howell:
I am writing with great pain, and embarrassment concerning my son Eric Chase Torrens, who is scheduled to appear before you for sentencing.

My name is Eric Torrens, father of Eric Chase Torrens. I currently reside in Dunedin, FL but have lived in Tampa, FL a neighboring City, for over 55 years. I'm a HS graduate, who also attend College classes during my H.S senior year. I graduated with an A.S.Degree, in Architectural Building Construction Engineering, and worked for Architectural firms designing buildings . I'm currently a Project Manager for Shaw Industries a subsidiary company to Berkshire Hathaway.  My parents raised me Catholic, and I attended a Catholic private school as a youngest, as my other three siblings did. My parents struggled after arriving to this great country in 1961, looking for freedom and a second opportunity from the Cuban revolution with nothing to their name after fleeing. My father was a Civil Engineer, and my mother was an educator. Both my parents taught and instilled in all four of their children hard work, morals values and ethics, which we have taught to our children.

My Son Eric Chase Torrens was born in Tampa, Fl. and is a single child. After his fourth birthday, we moved to the outskirts of the city to rise him more in the country, where he lived on 2 acres, so he could grow up learning and appreciating a slower pace and a nature life setting. There as a youngster he joined Boy Scout for several years.  We were fortunate that Eric's mother could stay home with him, and take care of him until he attend Kindergarten. He attended K-12 and graduated HS.  As parents we wish and we were fortunately blessed throughout Eric's school years not to have any issues and have the teachers always say, "Eric is a kindhearted, and respectable student, I wish I had 25 of him".  As parents this was a relief knowing your child had learned some of things we tried to instill in him. After HS, Eric attended College for about a year, but felt the workplace was more for him at that time so he could be more financially independent where he has work continuously ever since. He now has a daughter who's five years old with an upcoming birthday on Oct 27. This is his only child whom he loves dearly, and now lives just for, my only granddaughter. Eric revolves everything around her life. He moved to Tennessee a few years back with his daughter's mother. They since have had a falling out and had tried to deny him visitation and wanted to leave to state and keep her from him. He had file for fifty percent custody and not a hundred percent knowing and saying he could never do such a thing to keep his daughter from her mother when he had two parents growing up. He since has won fifty percent custody of his daughter as the courts saw that Eric has been with his daughter since her birth and is a responsible, loving, supportive, and caring father. Eric now works full time but does not make much money. His life now has just been working, coming home and spending time with his daughter teaching and taking care of her. He doesn't even have a girl, and but a couple fiends because he says it all about the daughter now.

Since Eric's arrest, Eric continues to work hard and dedicates all his time just to his daughter to provide for her. He no longer even looks at social media or hangs around any friend that does. He knows his parents are heartbroken and Ashamed. Not only has Eric never done such a thing, but he has also never been in trouble by the law or ever been arrest before. I have had many conversations regarding his arrest. I know he has and is taken his action seriously, embarrassed, and ashamed not only for himself but to let his family, relative, the people of congress that represent this country. I know this is something that scared him, was ashamed and had told me he learned a valuable lesson. Eric is a good person. So, he would never do such a thing ever again. Eric has told me, and I know he had made a very stupid mistake. He hasn't even been to any rally, demonstration in his life before or ever been in volved in such a thing. As he said, "it was a stupid mistake dad".

Friends/ demonstrators/ protesters/ MAGA- focused people – Eric doesn't hang around them or talk to them. He just happen to see one of the guys at work that told him about just going to a rally and was a spare of the moment thing and took him to a bad situation not knowing these people for what they were worth or any of their involvement. He told me he at the time was going to a support Trump rally and get out of time since he never gets to go anywhere always taking care of is daughter.

Honorable Judge Beryl A. Howell I know that Eric went into the US Capital without permission or authority as part of a mob and he is to appear before you. I can't count how many conversations we have had regarding the hurt he has cause to many. He has remorse about all this, I ask to show some leniency, show mercy. Please recognize Eric as good heart person, has never been in trouble before and just made a bad choice for the first time in his life. I beg you as his parent let him keep his job, work, and take care of his daughter. Not to lose his position which will only lead to getting evicted from his home were his daughter also lives. Nothing of value will come from sending him to jail or prison. I'm also am pleading to you for mercy.

I invite any follow up necessary.


Respectfully,



Eric Chase Torren's father
Eric Torrens