# EXHIBIT 5

# JACQUELINE TORRENS – DEFENDANT'S MOTHER

Dear Chief Judge Howell,

I'm writing concerning my son Eric Torrens who is scheduled to appear before you on October 29th, 2021.

I have worked as an instructional assistant for elementary level delayed students for the past 16 years. I am currently living in Gallatin Tennessee to be close to my son and granddaughter.

As a child Eric grew up in the country and was an outside child. He helped with the chores of keeping up our property. Cleaning the pool, cutting the grass, etc.  He was required to contribute to the household and we taught him the meaning of hard work and earning what you have.

Eric was a good student and always followed the rules and was never in trouble. Had the same close friends growing up and still today.

My son is a kind, loving, and caring person as well as an awesome dad. He's always had a job and pays his own way. He spends most of his time with his daughter.
Eric thought he was going to Washington for a Trump rally. I am proud of my son for standing up for what he believes in. Did he go about it the right way by entering the capital, absolutely not. Eric would never hurt anyone or damage property. He has realized the mistake he has made and has an extreme amount of remorse. My son has no involvement with any type of radical group or political platform.

I ask that you please show leniency towards my son. Please allow him to continue to be a great dad, to keep his job, and to keep his home he has created for himself and my granddaughter.

Please feel free to contact me with any questions or follow up.



Thank you,

Sincerely,
Jacqueline Torrens

[Letter received by email. PDF created by counsel. No edits.]