UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:21-CR-204-BAH |
| ERIC TORRENS | : | |

### MOTION FOR DEFENDANT TO APPEAR BY VIDEO TECHNOLOGY AT HIS SENTENICNG HEARING

Mr. Eric Torrens, through counsel, respectfully moves this Court to order that he may appear by video technology at his sentencing hearing. The government takes "no position" on the Motion.

In support of this motion, the defendant, Mr. Eric Chase Torrens, submits the following, through counsel, on information and belief:

At the time of the plea hearing, the Court indicated that it had not determined whether the sentencing hearing would be conducted by videoconference technology or in-person. On October 15, 2022, this Court issued an NEF directing that Mr. Torrens' sentencing hearing will be in-person at 11:15 a.m. on October 29, 2021. Mr. Torrens is fully prepared to comply with the Court's order and be present in-person at his sentencing hearing next week.

Mr. Torrens lives in Gallatin, Tennessee, which is outside Nashville, Tennessee. He has very limited financial resources. He has to borrow money from a family member to pay for his flight and hotel.[1]

All prior court hearings in this matter have been held by videoconference technology.

---

1 This request is *not* based with regard to any information in paragraph 47 of the PSR.

Undersigned counsel has observed that the U.S. District Court has held some January 6th sentencing hearings in person and some, as recently as today, by videoconference technology.

Mr. Torrens has complied fully with all requires of pretrial supervision and has appeared timely for all prior court hearings.

Mr. Torrens respectfully requests this Court order that the October 29, 2021 sentencing hearing will be conducted by videoconference technology, or, in the alternative, that the hearing will be in-person for those who are locally based in the District of Columbia but that Mr. Torrens may appear by videoconference.

The government has advised undersigned counsel that he may represent that the government takes no position on this motion.

WHEREFORE, the defendant, Eric Torrens, respectfully moves this Court order that the October 29, 2021 sentencing hearing will be conducted by videoconference technology.

/s/ EDWARD J. UNGVARSKY
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office: (571) 207-9710
Cell: (202) 409-2084
Fax: (571) 777-9933
ed@ungvarskylaw.com

Counsel for Eric Torrens