UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:21-CR-204-BAH |
| ERIC TORRENS | : | |

### CONSENT MOTION FOR USMS TO MAKE TRAVEL ARRANGEMENTS FOR DEFENDANT, PURSUANT TO US CODE

The defendant, Eric Torrens, respectfully moves the Court to order the United States Marshals Service to make travel arrangements for Mr. Torrens to travel from his home near Nashville, Tennessee, to Washington, D.C, for the sentencing proceeding before this Court on October 29, 2021 at 11:15 a.m., and to return to Nashville, Tennessee, at the conclusion of the hearing.

In support of this motion, Mr. Torrens, through counsel, submits the following on information and belief:

1. Mr. Torrens has previously been determined to qualify for appointed counsel. He resides near Nashville, Tennessee. He is unable to afford the cost of transportation to the District of Columbia for the sentencing proceeding.

2. Title 18, United States Code § 4285 provides that this Court may in the interests of justice "direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the

amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

3. Undersigned counsel contacted government counsel. The government advised that it does not oppose this motion.

WHEREFORE, for the foregoing reasons, Mr. Torrens respectfully requests that the Court order the United States Marshals Service to make appropriate arrangements to facilitate his appearance in court for the sentencing proceeding on October 29, 2021 at 11:15 a.m., and directing the Marshals Service to make appropriate arrangements for his return to Nashville, Tennessee, after his appearance.

/s/ EDWARD J. UNGVARSKY  
EDWARD J. UNGVARSKY  
Ungvarsky Law, PLLC  
114 North Alfred Street  
Alexandria, VA 22314  
Office: (571) 207-9710  
Cell: (202) 409-2084  
Fax: (571) 777-9933  
ed@ungvarskylaw.com  

Counsel for Eric Torrens