UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

**v.** : 1:21-CR-204-BAH

**ERIC TORRENS** :

## ORDER

Having before the Court the motion of the defendant, Mr. Eric Torrens to order that the US Marshall's Service pay for travel expenses for the defendant to appear in court, and having heard that the government does not oppose the motion, for good cause shown, it is hereby ORDERED that the motion is GRANTED, and it is FURTHER ORDERED that United States Marshals Service make appropriate arrangements to facilitate his appearance in court for the sentencing proceeding on October 29, 2021 at 11:15 a.m., and directing the Marshals Service to make appropriate arrangements for his return to Nashville, Tennessee, after his appearance.

_____
Hon. Beryl A. Howell
Chief Judge

S