**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **1:21-CR-204-BAH** |
| **ERIC CHASE TORRENS** | **:** | |

**DEFENDANT'S SECOND SUPPLEMENT TO HIS SENTENCING MEMORANDUM**

Defendant Eric Chase Torrens ("Mr. Torrens") submits this Second Supplement to his Sentencing Memorandum. Counsel attaches documentation of Mr. Torrens' community service hours at Safe Place for Animals in Gallatin, TN. Mr. Torrens volunteers on Saturdays[1] and can and will continue to volunteer in the future.

Respectfully Submitted,

/s/ EDWARD J. UNGVARSKY
Edward J. Ungvarsky
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Office - 571 207 9710
Cellular – 202 409 2084
ed@ungvarskylaw.com
Counsel for Eric Chase Torrens

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Supplement was served ECF to the government and all registered recipients on this 27th day of October, 2021.

/s/ EDWARD J. UNGVARSKY
Edward Ungvarsky

---

[1] It took more time than expected to identify a place to do community service hours that did not conflict with childcare and work responsibilities, and then Mr. Torrens missed some sessions because of a health concern. He is now part of the regular rotation of volunteers.

1