**Safe Place for Animals**

**905 Mallard Drive**

**Gallatin, TN  37066**

safeplaceforanimals.com

Date: 10-24-21

To Whom It May Concern:

Eric Torrens has completed 11.25 hours of Community Service at Safe Place for Animals.

Thank you,

MaryLynneRish
Name

[signature]
Signature

Kennel Manager
Title

Phone: 615-451-7342