**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**             :

               **v.**                    :        **1:21-CR-204-BAH**

**ERIC TORRENS**                          :

## ORDER

Having before the Court the motion of the defendant, Mr. Eric Torrens to order that the

US Marshall's Service pay for travel expenses for the defendant to appear in court, and having

heard that the government does not oppose the motion, for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and it is FURTHER ORDERED that United States

Marshals Service make appropriate arrangements to facilitate his appearance in court for the

sentencing proceeding on October 29, 2021 at 11:15 a.m., and directing the Marshals Service to

make appropriate arrangements for his return to Nashville, Tennessee, after his appearance.

 Date: October 27, 2021

                                        _____
                                        Hon. Beryl A. Howell
                                        Chief Judge

                                                                        S